**STATE of Missouri, Respondent,**

v.

**Mark Alan WRIGHT, Appellant.**

**No. WD 42598.**

Missouri Court of Appeals, Western District.

Aug. 7, 1990.

**228**

Gary L. Stamper, Columbia, for appellant.

Michael D. Fusselman, Asst. Pros. Atty., Columbia, for respondent.

Before TURNAGE, MANFORD and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of driving while intoxicated and failure to drive within a single lane.

Judgment affirmed. Rule 30.25(b).